CHARLES C. KELLY, II, State Bar No. 122253
MONTANA BAKER, State Bar No. 319491
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6396
(415) 441-5544

Attorneys for Plaintiffs
ANDREA JONES and ANDREW HODGE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA JONES, an individual and ANDREW HODGE, a minor, by and through his Guardian ad Litem Andrea Jones,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT, a municipal corporation; HAROLD CASTRO, individually, and in his capacity as law enforcement officer for OAKLAND POLICE DEPARTMENT; and DOES 1-10, inclusive, individually and in their capacities as law enforcement officers and/or personnel for OAKLAND POLICE DEPARTMENT,<br><br>          Defendants. | Case No.<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. I am a minor of the age of eight years.

2. I am about to commence an action in this court against CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT, a municipal corporation; HAROLD CASTRO, individually, and in his capacity as law

enforcement officer for OAKLAND POLICE DEPARTMENT; and DOES 1-10, inclusive, individually and in their capacities as law enforcement officers and/or personnel for OAKLAND POLICE DEPARTMENT, for violation of my civil rights.

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. ANDREA JONES whose address is 9518 Las Vegas Avenue, Oakland, CA 94605, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Said ANDREA JONES is willing to act as guardian ad litem for petitioner, as appears by his/her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing ANDREA JONES as guardian ad litem of petitioner for the purpose of bringing action against City of Oakland, et al. on the claim hereinabove stated.

DATED:   February 13, 2019           HERSH & HERSH
                                      A Professional Corporation


                                      By /s/ CHARLES C. KELLY, II
                                         CHARLES C. KELLY, II (SBN: 122253)
                                         ckelly@hershlaw.com
                                         MONTANA BAKER (SBN: 319491)
                                         mbaker@hershlaw.com
                                         HERSH & HERSH
                                         A Professional Corporation
                                         601 Van Ness Avenue, Suite 2080
                                         San Francisco, CA  94102-6396
                                         (415) 441-5544
                                         Attorneys for Petitioner

## CONSENT OF NOMINEE

I, ANDREA JONES, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: February 13, 2019

_____
ANDREA JONES

## ORDER

The petition for an order appointing ANDREA JONES as guardian ad litem for petitioner is GRANTED.

DATED:

_____
United States District Judge