1 | CHARLES C. KELLY, II (SBN 122253)
MONTANA BAKER (SBN 319491)
2 | HERSH & HERSH
3 | A Professional Corporation
601 Van Ness Avenue, Suite 2080
4 | San Francisco, CA 94102-6396
Telephone: (415) 441-5544
5
**Attorneys for Plaintiffs**
6 | ANDREA JONES and ANDREW HODGE

7 | BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
8 | DAVID A. PEREDA, Special Counsel – SBN 237982
MICHELLE MEYERS Senior Deputy City Attorney – SBN 236387
9 | One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
10 | Telephone: (510) 238-2964, Fax: (510) 238-6500
Email: mmeyers@oaklandcityattorney.org
11 | X04671/2715655

12 | **Attorneys for Defendants**
CITY OF OAKLAND, OAKLAND
13 | POLICE DEPARTMENT, and HAROLD CASTRO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA JONES, an individual and A.H., a minor, by and through his Guardian ad Litem Andrea Jones,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT, a municipal corporation; HAROLD CASTRO, individually, and in his capacity as law enforcement officer for OAKLAND POLICE DEPARTMENT; and DOES 1-10, inclusive, individually and in their capacities as law enforcement officers and/or personnel for OAKLAND POLICE DEPARTMENT,<br>    Defendants. | Case No. 4:19-cv-0789 HSG<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING** |

TO ALL PARTIES AND THE CLERK OF THE ABOVE-CAPTIONED COURT:

Pursuant to Northern District of California Local Rule 6-1(a), Defendants City of Oakland, Oakland Police Department and Harold Castro (collectively referred to as the "Defendants") and Plaintiffs Andrea Jones and Andrew Hodge stipulate to extend the Defendants' time to respond to Plaintiffs' initial complaint by 21 days, to April 17, 2019.

Plaintiff filed the initial complaint in this case on February 13, 2019. Plaintiff served the City on March 6, 2019. Defendant Harold Castro was served on March 8, 2019.

Extending the City's time to respond to Plaintiff's initial complaint by 21 days will not alter the date of any event or deadline already fixed by Court order in this matter.

Accordingly, the parties, through their respective counsel, agree to extend the time for the City to respond to the initial complaint by 21 days, to April 17, 2019.

///

///

///

///

///

///

///

IT IS SO STIPULATED.


Dated: March 27, 2019                HERSH & HERSH

                                     By: _____
                                     CHARLES C. KELLY, II
                                     MONTANA BAKER
                                     Attorneys for Plaintiffs
                                     ANDREA JONES and ANDREW HODGE


Dated: March 27, 2019

                                     BARBARA J PARKER, City Attorney
                                     MARIA BEE., Chief Assistant City Attorney
                                     DAVID A. PEREDA, Special Counsel
                                     MICHELLE MEYERS, Senior Deputy City Attorney


                                     By: _____
                                     Attorneys for Defendants
                                     CITY OF OAKLAND, OAKLAND POLICE
                                     DEPARTMENT, HAROLD CASTRO



PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:    3/28/2019                  _____
                                     United States District Court