CHARLES C. KELLY, II—SBN 122253
MONTANA BAKER—SBN 319491
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544

**Attorneys for Plaintiffs**
ANDREA JONES and A.H., a minor

BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
DAVID A. PEREDA, Special Counsel – SBN 237982
MICHELLE M. MEYERS, Supervising Deputy City Attorney – SBN 236387
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2964, Fax: (510) 238-6500
Email: mmeyers@oaklandcityattorney.org
X04671/2745229

**Attorneys for Defendants**
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, and HAROLD CASTRO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANDREA JONES, an individual and A.H., a minor, by and through his Guardian ad Litem Andrea Jones,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND POLICE DEPARTMENT, a municipal corporation; HAROLD CASTRO, individually, and in his capacity as law enforcement officer for OAKLAND POLICE DEPARTMENT; and DOES 1-10, inclusive, individually and in their capacities as law enforcement officers and/or personnel for OAKLAND POLICE DEPARTMENT,<br><br>　　　　　Defendants. | Case No. 4:19-cv-0789 HSG<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND THE CLERK OF THE ABOVE-CAPTIONED COURT**:

The parties respectfully request that the Initial Case Management Conference currently scheduled for May 21, 2019 be continued to a date on or after August 8, 2019, the date the Court is scheduled to hear the Defendants' Motion to Dismiss. Good cause exists as the pleadings remain unsettled and Plaintiffs may seek to add additional defendants following the hearing on the Defendants' Motion to Dismiss.

The parties further stipulate that all dates, i.e. Case Management Statements, Initial Disclosures, Joint Rule 26 Report, etc. corresponding to the Initial Case Management Conference as currently scheduled likewise be continued to correspond to the new Case Management Conference date.

IT IS SO STIPULATED:


Dated: May 2, 2019         HERSH & HERSH


                           By: ___/s/ Montana Baker_____
                               CHARLES C. KELLY, II
                               MONTANA BAKER
                               Attorneys for Plaintiffs
                               ANDREA JONES and A.H., a minor


Dated: May 2, 2019

                               BARBARA J. PARKER, City Attorney
                               MARIA BEE., Chief Assistant City Attorney
                               DAVID A. PEREDA, Special Counsel
                               MICHELLE M. MEYERS, Supervising Deputy City Attorney


                           By: ___/s/ Michelle Meyers_____
                               Attorneys for Defendants
                               CITY OF OAKLAND, OAKLAND POLICE
                               DEPARTMENT, HAROLD CASTRO

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED, the Initial Case Management Conference is continued to August 8, 2019 at 2:00 p.m. |

DATED: 5/3/2019

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT